IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**SHIRLEY EDWARDS,**

    **PLAINTIFF,**

v.                                                                                                No. 3:05-CV-301 HTW-JCS

**UNIPRESS SOUTHEAST USA,**

    **DEFENDANT.**

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Shirley Edwards and Defendant Unipress have settled this case and that by the parties' agreement, Plaintiff's Complaint should be dismissed with prejudice and each party should bear her or its' own costs and fees,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is dismissed in its entirety with prejudice and further that each party shall bear her or its own costs and fees.

                                                                s/ HENRY T. WINGATE

                                                                CHIEF UNITED STATES DISTRICT JUDGE

                                                               DATE:  January 31, 2007

APPROVED:


*/s/ Felecia Perkins* (signed by Sylvia Adams with permission)
FELECIA PERKINS
Attorney for Plaintiff


*/s/ Sylvia R. Adams*
JONATHAN E. KAPLAN
SYLVIA R. ADAMS
Attorneys for Defendant


Civil Action No. 3:05-cv-301 HTW
Order of Dismissal with Prejudice